DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VANESSA SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2573

[August 3, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 2021CF001626A.

Christopher A. Haddad of Christopher A. Haddad, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***